# UNITED STATES NAVY–MARINE CORPS
# COURT OF CRIMINAL APPEALS

———————————————

**No. 201800044**

———————————————

## UNITED STATES OF AMERICA
Appellee

v.

## TRAVIS R. KAMPE, JR.
Lance Corporal (E-3), U.S. Marine Corps
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Roger E. Mattioli, USMC.
Convening Authority: Commanding Officer, Headquarters and Service
Battalion, Marine Corps Base, Quantico, VA.
Staff Judge Advocate's Recommendation: Major Christopher W.
Pehrson, USMC.
For Appellant: Captain Scott F. Hallauer, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 5 June 2018

———————————————

Before HUTCHISON, SAYEGH, and GERDING, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court